```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

J&J Sports Productions, Inc., )
                              )
            Plaintiff,        )
                              )
      v.                      )      No. 08 C 2573
                              )
Marc Bortz, individually and  )
d/b/a Sangria and Sangria,    )
                              )
            Defendants.       )
```

## MEMORANDUM ORDER

This Court has just received, by random assignment, the Complaint in this newly-filed action. Although it is contemporaneously issuing its customary initial scheduling order, this Court's reading of the Complaint finds this component to be highly problematic (to say the least):

## INTRADISTRICT ASSIGNMENT

> 5. Assignment to the Eastern Division is proper because a substantial part of the events or omissions giving rise to the claim occurred in Moline County.

What or where, pray tell, is "Moline County"? And what part of defendant's conduct took place in what seems to be that mythical location? Indeed, the same type of carelessness is exhibited by the use of the locution "tortuous" rather than "tortious" in Complaint ¶ 3.[1]  It is to be hoped that counsel for plaintiff will be more careful in the pursuit of his client's

---

[1] This Court has made no effort to engage in a fine-tooth-combed review of the entire Complaint to search such errors, but some things figuratively jump off the page to strike the reader's eye. That is so as to the two items referred to in the text.

claim than in the drafting of the Complaint.

In the meantime, the quoted (and seemingly meaningless) language of Complaint ¶ 5 is stricken sua sponte. This Court's customary initial scheduling order is being issued contemporaneously with this memorandum order.

_____
Milton I. Shadur
Senior United States District Judge

May 8, 2008